```
 1
 2
 3
 4
 5
 6
 7                   IN THE UNITED STATES DISTRICT COURT
 8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10                                      )
     MICHAEL DEAN GARVEY,               )   2:02-cv-2743-GEB-DAD
11                                      )
                    Plaintiff,          )
12                                      )
         v.                             )
13                                      )
     DAVID KEYES, et al.,               )
14                                      )
                    Defendants.         )
15   _____)
                                        )
16   MICHAEL DEAN GARVEY,               )   2:03-cv-767-GEB-DAD
                                        )
17                  Plaintiff,          )
                                        )
18       v.                             )
                                        )
19   DAVID KEYES, et al.,               )
                                        )
20                  Defendants.         )
     _____)
21                                      )
     MICHAEL DEAN GARVEY,               )   2:03-cv-1691-GEB-DAD
22                                      )
                    Plaintiff,          )
23                                      )
         v.                             )
24                                      )
     DAVID KEYES, et al.,               )
25                                      )
                    Defendants.         )
26   _____)
27                      NON-RELATED CASE ORDER
28
                                        1
```

| | |
|---|---|
| 1  MICHAEL DEAN GARVEY, ) | 2:03-cv-1923-LKK-PAN(JFM)-P |
| 2            Plaintiff, ) | |
| 3       v. ) | |
| 4  U.S. DEPARTMENT OF JUSTICE ) | |
| 5  OFFICE OF INTERNATIONAL ) | |
|    AFFAIRS, ) | |
| 6            Defendant. ) | |

```
1   MICHAEL DEAN GARVEY,            )    2:03-cv-1923-LKK-PAN(JFM)-P
2                                   )
              Plaintiff,            )
3                                   )
         v.                         )
4                                   )
    U.S. DEPARTMENT OF JUSTICE      )
5   OFFICE OF INTERNATIONAL         )
    AFFAIRS,                        )
6                                   )
              Defendant.            )
7   _____)
```

On March 2, 2006, Defendant in action number 03-cv-1923-LKK-PAN(JFM)-P, filed a "Notice of Related Cases" document, in which Defendant indicates the above-captioned cases are related within the meaning of Local Rule 83-123. However, it has been determined that action number 03-cv-1923-LKK-PAN(JFM)-P is not related.

IT IS SO ORDERED.

Dated: March 17, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2